UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1928 ADM/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRYAN E. ROBBINS,<br>Defendant,<br>RIFE CHEVROLET INC.,<br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about January 22, 2004.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about February 11, 2004. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about January 22, 2004, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing. However, defendant called the U.S. Attorney's Office and requested that the amount garnished each pay period be

reduced from 25% to a lesser sum. The parties thereafter stipulated to a garnishment of $100 per month. A copy of their stipulation is attached.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff $100 of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Department of Justice" monthly in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until November 1, 2004, at such time the garnishment will be increased to $200 per month of the debtor's disposable earnings. The garnishment will continue until the entire debt in this matter, $10,710.50 including accruing interest, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $591.39; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff monthly as they become due and owing.

Dated: May 4, 2004

Raymond L. Erickson
Magistrate Judge
United States District Court