UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1928 ADM/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BRYAN ROBBINS, Defendant, RIFE CHEVROLET, INC., Garnishee. | ) | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Bryan Robbins, the judgment debtor, and
Rife Chevrolet, Inc., Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Bryan Robbins.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about January 22, 2004. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about February 11, 2004. As of the date of service, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld $100 per month of the debtor's disposable earnings, pursuant to the garnishment order. The payments received by the U.S. Attorney's Office are reflected on the attached Payment History.

Dated: March 1, 2005

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler
BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600