PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 02-MAR-2005 FOR: 2001Z00495/001 PAGE: 1 OF 2

DEBTOR: Robbins, Bryan E.
COURT NUMBER: 01-1928 ADM/RLE
CURRENT LIABILITY BALANCE: $8,994.01

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0014 | PMNT | WA | 07-JUN-2004 | GR/G | RIFE'S INC | MN /04/174 | 6282 | $100.00 | 07-JUN-2004 |
| 0015 | PMNT | WA | 06-JUL-2004 | GR/G | Rife's Inc | MN /04/193 | 6345 | $100.00 | 06-JUL-2004 |
| 0019 | PMNT | WA | 03-SEP-2004 | GR/G | Rife's Inc | MN /04/239 | 6455 | $100.00 | 03-SEP-2004 |
| 0020 | PMNT | WA | 06-OCT-2004 | GR/G | RIFE'S INC. | MN /05/004 | 6509 | $25.00 | 06-OCT-2004 |

Total Payments for Debtor: $1,399.21

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 02-MAR-2005 FOR: 2001Z00495/002 PAGE: 1 OF 2

DEBTOR: Robbins, Bryan E.
COURT NUMBER: 01-1928 ADM/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | T | 05-MAY-2004 | GR/G | RIFE'S INC | MN /04/153 | 6098 | $100.00 | 05-MAY-2004 |
| 0005 | PMNT | T | 05-MAY-2004 | GR/G | RIFE'S INC | MN /04/153 | 6155 | $100.00 | 05-MAY-2004 |
| 0006 | PMNT | T | 05-MAY-2004 | GR/G | RIFE'S INC | MN /04/153 | 6218 | $100.00 | 05-MAY-2004 |

Total Payments for Debtor: $893.99