PAYMENT HISTORY REPORT

FOR: 2001Z00495/001

DEBTOR: Robbins, Bryan E.
COURT NUMBER: 01-1928 ADM/RLE

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | T | 08-MAY-2002 | OT/B | B. ROBBINS | | 47 | | | $6.19 | 14-MAY-2002 |
| 0005 | PMNT | WA | 08-MAY-2002 | OT/B | B. ROBBINS | | 47 | | | $143.81 | 14-MAY-2002 |
| 0012 | PMNT | WA | 17-MAY-2004 | TV/B | | | TOP | | | $624.21 | 18-MAY-2004 |
| 0013 | PMNT | WA | 18-MAY-2004 | TV/B | B. ROBBINS - TOP | | 200418 | | | $300.00 | 18-MAY-2004 |
| 0014 | PMNT | WA | 07-JUN-2004 | GR/G | RIFE'S INC | MN /04/174 | 6282 | | | $100.00 | 07-JUN-2004 |
| 0015 | PMNT | WA | 06-JUL-2004 | GR/G | Rife's Inc | MN /04/193 | 6345 | | | $100.00 | 06-JUL-2004 |
| 0019 | PMNT | WA | 03-SEP-2004 | GR/G | Rife's Inc | MN /04/239 | 6455 | | | $100.00 | 03-SEP-2004 |
| 0020 | PMNT | WA | 06-OCT-2004 | GR/G | RIFE'S INC. | MN /05/004 | 6509 | | | $25.00 | 06-OCT-2004 |
| 0022 | PMNT | WA | 04-MAR-2005 | GR/G | Rife's Inc | MN /05/098 | 6760 | | | $100.00 | 04-MAR-2005 |
| 0023 | PMNT | WA | 05-APR-2005 | GR/G | Rife's, Inc. | MN /05/120 | 6819 | | | $100.00 | 05-APR-2005 |
| 0024 | PMNT | WA | 02-MAY-2005 | TV/B | | | TOP | | | $527.00 | 02-MAY-2005 |
| 0025 | PMNT | WA | 04-MAY-2005 | GR/G | Rife's | MN /05/137 | 6880 | | | $100.00 | 04-MAY-2005 |
| 0026 | PMNT | WA | 03-JUN-2005 | GR/G | Rife's Inc | MN /05/159 | 6940 | | | $100.00 | 03-JUN-2005 |
| 0027 | PMNT | WA | 11-JUL-2005 | GR/G | RIFE'S INC | MN /05/184 | 6996 | | | $100.00 | 11-JUL-2005 |
| 0028 | PMNT | WA | 08-AUG-2005 | GR/G | RIFE'S INC | MN /05/205 | 7055 | | | $100.00 | 08-AUG-2005 |
| 0029 | PMNT | WA | 06-SEP-2005 | GR/G | RIFES INC | MN /05/224 | 7110 | | | $100.00 | 06-SEP-2005 |
| 0030 | PMNT | WA | 05-OCT-2005 | GR/G | Rife's | MN /06/003 | 7160 | | | $100.00 | 05-OCT-2005 |
| 0031 | PMNT | WA | 10-NOV-2005 | GR/G | Rife's Inc. | MN /06/026 | 7229 | | | $100.00 | 10-NOV-2005 |
| 0032 | PMNT | WA | 07-DEC-2005 | GR/G | Rife's Inc. | MN /06/045 | 7284 | | | $100.00 | 07-DEC-2005 |
| 0033 | PMNT | WA | 09-JAN-2006 | GR/G | RIFE'S INC | MN /06/068 | 7337 | | | $100.00 | 09-JAN-2006 |
| 0035 | PMNT | WA | 06-FEB-2006 | GR/G | RIFES INC | MN /06/086 | 7392 | | | $100.00 | 06-FEB-2006 |
| 0036 | PMNT | WA | 10-MAR-2006 | GR/G | RIFES INC | MN /06/111 | 7444 | | | $100.00 | 10-MAR-2006 |
| 0037 | PMNT | WA | 13-MAR-2006 | TV/B | | | TOP | 807903 | | $267.00 | 21-MAR-2006 |
| 0038 | PMNT | WA | 10-APR-2006 | GR/G | Rife's Inc. | MN /06/136 | 7531 | | | $100.00 | 13-APR-2006 |
| 0040 | PMNT | WA | 07-JUN-2006 | GR/G | Rife Chevrolet | MN /06/171 | 7621 | | | $100.00 | 07-JUN-2006 |
| 0041 | PMNT | WA | 06-JUL-2006 | CH/Y | Rife Chevrolet | MN /06/189 | 7681 | | | $100.00 | 06-JUL-2006 |
| 0042 | PMNT | WA | 09-AUG-2006 | GR/G | Rife's Inc. | MN /06/210 | 7741 | | | $100.00 | 09-AUG-2006 |
| 0043 | PMNT | WA | 12-SEP-2006 | GR/G | Rife's Inc. | MN /06/233 | 7795 | | | $100.00 | 12-SEP-2006 |
| 0044 | PMNT | WA | 10-OCT-2006 | GR/G | Rife's Inc. | MN /07/007 | 7843 | | | $100.00 | 10-OCT-2006 |
| 0045 | PMNT | WA | 09-NOV-2006 | GR/G | Rife's Inc. | MN /07/028 | 7900 | | | $100.00 | 09-NOV-2006 |
| 0046 | PMNT | WA | 15-DEC-2006 | GR/G | RIFES INC | MN /07/049 | 7961 | | | $100.00 | 15-DEC-2006 |

PAYMENT HISTORY REPORT

FOR: 2001Z00495/001

DEBTOR: Robbins, Bryan E.
COURT NUMBER: 01-1928 ADM/RLE

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0047 | PMNT | WA | 05-JAN-2007 | GR/G | RIFE'S INC | MN /07/059 | 8018 | | | $100.00 | 05-JAN-2007 |
| 0049 | PMNT | WA | 02-FEB-2007 | GR/G | Rife's Inc. | MN /07/075 | 8078 | | | $100.00 | 02-FEB-2007 |
| 0050 | PMNT | WA | 02-MAR-2007 | GR/G | Rife's Inc. | MN /07/092 | 8109 | | | $100.00 | 02-MAR-2007 |

Total Payments for Debtor: $4,593.21