# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2002B13272 ,001 ,948380

**PAYMENTS**

| CDCS NBR | | Name | | Collect Type | | Court Nbr | | Priority Code | Scheduled Payment Amount | Scheduled Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2002B13272/001 | | Robbins, Bryan E. | | NP | | 01-1928 ADM/RLE | | | |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 04/28/2003 | OT | J | TOPS | | 200316 | | 04/28/2003 | $302.60 |
| 0004 | PMNT | 05/05/2004 | GR | G | RIFE'S INC | MN /04/153 | 6098 | | 05/05/2004 | $100.00 |
| 0005 | PMNT | 05/05/2004 | GR | G | RIFE'S INC | MN /04/153 | 6155 | | 05/05/2004 | $100.00 |
| 0006 | PMNT | 05/05/2004 | GR | G | RIFE'S INC | MN /04/153 | 6218 | | 05/05/2004 | $100.00 |
| 0007 | PMNT | 05/18/2004 | TV | B | B. ROBBINS-TOP | | 200418 | | 05/18/2004 | $291.39 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2002B13271 ,001 ,948067

## PAYMENTS

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date |
|---|---|---|---|---|---|---|
| 2002B13271/001 | Robbins, Bryan E. | WA | 01-1928 ADM/RLE | | | |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | 05/08/2002 | OT | B | B. ROBBINS | | 47 | | 05/14/2002 | $150.00 |
| 0012 | PMNT | 05/17/2004 | TV | B | | | TOP | | 05/18/2004 | $624.21 |
| 0013 | PMNT | 05/18/2004 | TV | B | B. ROBBINS - TOP | | 200418 | | 05/18/2004 | $300.00 |
| 0014 | PMNT | 06/07/2004 | GR | G | RIFE'S INC | MN /04/174 | 6282 | | 06/07/2004 | $100.00 |
| 0015 | PMNT | 07/06/2004 | GR | G | Rife's Inc | MN /04/193 | 6345 | | 07/06/2004 | $100.00 |
| 0019 | PMNT | 09/03/2004 | GR | G | Rife's Inc | MN /04/239 | 6455 | | 09/03/2004 | $100.00 |
| 0020 | PMNT | 10/06/2004 | GR | G | RIFE'S INC. | MN /05/004 | 6509 | | 10/06/2004 | $25.00 |
| 0022 | PMNT | 03/04/2005 | GR | G | Rife's Inc | MN /05/098 | 6760 | | 03/04/2005 | $100.00 |
| 0023 | PMNT | 04/05/2005 | GR | G | Rife's, Inc. | MN /05/120 | 6819 | | 04/05/2005 | $100.00 |
| 0024 | PMNT | 05/02/2005 | TV | B | | | TOP | | 05/02/2005 | $527.00 |
| 0025 | PMNT | 05/04/2005 | GR | G | Rife's | MN /05/137 | 6880 | | 05/04/2005 | $100.00 |
| 0026 | PMNT | 06/03/2005 | GR | G | Rife's Inc | MN /05/159 | 6940 | | 06/03/2005 | $100.00 |
| 0027 | PMNT | 07/11/2005 | GR | G | RIFE'S INC | MN /05/184 | 6996 | | 07/11/2005 | $100.00 |
| 0028 | PMNT | 08/08/2005 | GR | G | RIFE'S INC | MN /05/205 | 7055 | | 08/08/2005 | $100.00 |
| 0029 | PMNT | 09/06/2005 | GR | G | RIFES INC | MN /05/224 | 7110 | | 09/06/2005 | $100.00 |
| 0030 | PMNT | 10/05/2005 | GR | G | Rife's | MN /06/003 | 7160 | | 10/05/2005 | $100.00 |
| 0031 | PMNT | 11/10/2005 | GR | G | Rife's Inc. | MN /06/026 | 7229 | | 11/10/2005 | $100.00 |
| 0032 | PMNT | 12/07/2005 | GR | G | Rife's Inc. | MN | 7284 | | 12/07/2005 | $100.00 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2002B13271 ,001 ,948067

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date |
|---|---|---|---|---|---|---|
| 2002B13271/001 | Robbins, Bryan E. | WA | 01-1928 ADM/RLE | | | |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | /06/045 | | | | |
| 0033 | PMNT | 01/09/2006 | GR | G | RIFE'S INC | MN /06/068 | 7337 | | 01/09/2006 | $100.00 |
| 0035 | PMNT | 02/06/2006 | GR | G | RIFES INC | MN /06/086 | 7392 | | 02/06/2006 | $100.00 |
| 0036 | PMNT | 03/10/2006 | GR | G | RIFES INC | MN /06/111 | 7444 | | 03/10/2006 | $100.00 |
| 0037 | PMNT | 03/13/2006 | TV | B | | | TOP | | 03/21/2006 | $267.00 |
| 0038 | PMNT | 04/10/2006 | GR | G | Rife's Inc. | MN /06/136 | 7531 | | 04/13/2006 | $100.00 |
| 0040 | PMNT | 06/07/2006 | GR | G | Rife Chevrolet | MN /06/171 | 7621 | | 06/07/2006 | $100.00 |
| 0041 | PMNT | 07/06/2006 | CH | Y | Rife Chevrolet | MN /06/189 | 7681 | | 07/06/2006 | $100.00 |
| 0042 | PMNT | 08/09/2006 | GR | G | Rife's Inc. | MN /06/210 | 7741 | | 08/09/2006 | $100.00 |
| 0043 | PMNT | 09/12/2006 | GR | G | Rife's Inc. | MN /06/233 | 7795 | | 09/12/2006 | $100.00 |
| 0044 | PMNT | 10/10/2006 | GR | G | Rife's Inc. | MN /07/007 | 7843 | | 10/10/2006 | $100.00 |
| 0045 | PMNT | 11/09/2006 | GR | G | Rife's Inc. | MN /07/028 | 7900 | | 11/09/2006 | $100.00 |
| 0046 | PMNT | 12/15/2006 | GR | G | RIFES INC | MN /07/049 | 7961 | | 12/15/2006 | $100.00 |
| 0047 | PMNT | 01/05/2007 | GR | G | RIFE'S INC | MN /07/059 | 8018 | | 01/05/2007 | $100.00 |
| 0049 | PMNT | 02/02/2007 | GR | G | Rife's Inc. | MN /07/075 | 8078 | | 02/02/2007 | $100.00 |
| 0050 | PMNT | 03/02/2007 | GR | G | Rife's Inc. | MN /07/092 | 8109 | | 03/02/2007 | $100.00 |
| 0051 | PMNT | 04/03/2007 | GR | G | Rife Chevrolet | MN /07/109 | 8166 | | 04/03/2007 | $100.00 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2002B13271 , 001 , 948067

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date |
|---|---|---|---|---|---|---|
| 2002B13271/001 | Robbins, Bryan E. | WA | 01-1928 ADM/RLE | | | |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0052 | PMNT | 04/23/2007 | TV | B | | | TOP | | 04/24/2007 | $365.00 |
| 0053 | PMNT | 06/27/2007 | GR | G | RIFE INC | MN /07/155 | 8348 | | 06/27/2007 | $200.00 |
| 0054 | PMNT | 07/05/2007 | GR | G | RIFE'S INC | MN /07/161 | 8361 | | 07/05/2007 | $100.00 |
| 0055 | PMNT | 08/16/2007 | GR | G | RIFES INC | MN /07/182 | 8452 | | 08/16/2007 | $100.00 |
| 0056 | PMNT | 09/28/2007 | GR | G | Rife's Chev | MN /07/202 | 8509 | | 09/28/2007 | $200.00 |
| 000061 | PMNT | 11/16/2007 | GR | G | B. Robbins | MN2008020 | 8607 | | 11/21/2007 | $100.00 |
| 000064 | PMNT | 12/11/2007 | GR | G | RIFE'S INC | MN2008032 | 8629 | | 12/18/2007 | $100.00 |
| 000067 | PMNT | 01/10/2008 | GR | G | Rife's Chev | MN2008046 | 8688 | | 01/16/2008 | $100.00 |
| 000070 | PMNT | 02/11/2008 | GR | G | Rife Chevrolet | MN200806 | 8740 | | 02/19/2008 | $100.00 |